## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RICHARD DRAWDY,**           )<br>            Plaintiff,          )<br>                                      )<br>     v.                              )<br>                                      )<br>**EOS CCA and DOES 1-10,** *inclusive*, )<br>            Defendants.          ) | **CIVIL ACTION**<br>**NO. 1:13-10116-FDS** |

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, D.J.**

The parties have advised the Court that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right if any party upon good cause shown within 60 days to reopen the action if settlement is not consummated.

|  | By the Court, |
|---|---|
| May 13, 2013 | /s/ Pietro Cicolini |
| Date | Deputy Clerk |