## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|                               |   |
|-------------------------------|---|
|                               | : |
| Richard Drawdy,               | : |
|                               | : |
|         Plaintiff, | : |
|     v.    | : |
|                               | : |
|                               | :  Civil Action No.:  1:13-cv-10116-FDS |
| EOS CCA; and                  | : |
| DOES 1-10, inclusive,         | : |
|                               | : |
|         Defendants. | : |
|                               | : |

_____

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against EOS CCA with prejudice and without costs to any party and waiving all rights of appeal.

| Richard Drawdy | EOS CCA |
|----------------|---------|
| ____/s/ Sergei Lemberg_____ | __/s/ Andrew M. Schneiderman_____ |
| Sergei Lemberg, Esq. | Ranen S. Schechner, BBO #655641 |
| BBO No.: 650671 | rschechner@hinshawlaw.com |
| LEMBERG & ASSOCIATES | Andrew M. Schneiderman, BBO #666252 |
| 1100 Summer Street, 3rd Floor | aschneiderman@hinshawlaw.com |
| Stamford, CT  06905 | Hinshaw & Culbertson, LLP |
| (203) 653-2250 | 28 State Street, 24th Floor |
| Attorney for Plaintiff | Boston, MA 02109 |

Tel: 617-213-7000
Attorney for Defendant

_____
SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Ranen S. Schechner
Andrew M. Schneiderman
Hinshaw & Culbertson, LLP
28 State Street, 24th Floor
Boston, MA 02109

By /s/ Sergei Lemberg
Sergei Lemberg